# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:03-cv-00089-W

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, U.S. Department of Labor, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE MONEY CENTRE, INC., )<br>)<br>Defendant. )<br>) | ORDER |

THIS MATTER is before the Court on the Independent Fiduciary's Report on Distribution of Assets and Final Accounting (Doc. No. 18), filed June 21, 2007. Pursuant to the August 17, 2004, Order of this Court, Jeanne Barnes Bryant was appointed as Independent Fiduciary ("Independent Fiduciary") for The Money Center Health and Welfare Fund a/k/a Money Centre Benefit Plan ("Plan"), to carry out the terms of the Order. The Independent Fiduciary filed a Plan of Distribution on October 25, 2006, and moved for its approval. Notice was given to all participants of the Plan of Distribution at the time of its filing with the Court. No response or objection has been received by the Independent Fiduciary or the Court. On December 18, 2006, this Court approved the Plan of Distribution filed by Independent Fiduciary.

Pursuant to the December 18, 2006, Order, the Independent Fiduciary issued Proof of Claim Forms to eligible participants of the Plan. These participants had until January 30, 2007, to submit completed Proof of Claim Forms certifying their participation in the Plan. Of the 100 participants eligible to receive a Proof of Claim Form, thirty-five (35) returned their forms, claiming a total of &78,484.71. No objection to the amounts determined to be distributable were received.

Pursuant to the April 3, 2007, Order, the Independent Fiduciary has distributed the assets of the Plan in accordance with that Order, filed her report on the distribution and submitted her final accounting. Having reviewed the Independent Fiduciary's report on the distribution of assets and the submitted final accounting, and no objection having been received, the Court finds the Independent Fiduciary has completed all responsibilities regarding the termination of the Plan and the distribution of its assets to the Plan's participants.

IT IS, THEREFORE, ORDERED that the Independent Fiduciary is hereby RELEASED and DISCHARGED. The Clerk is directed to CLOSE the case.

IT IS SO ORDERED.

Signed: July 16, 2007

Frank D. Whitney
United States District Judge